IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr179-001-MHT |
| **ROGER JAMES HAILS** | ) | (WO) |

### ORDER

Upon consideration of the report from the Probation Department, it is ORDERED that the petition for early termination of supervised release (Doc. No. 49) is granted and that defendant Roger James Hails is discharged and his supervision terminated effective November 23, 2011.

Done, this the 28th day of October, 2011.

                     /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**